UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JERRY NEIL FOWLER, SR.,

    Petitioner,

v.                                                                         CASE NO. 3:21cv828-MCR-MAF

M.V. JOSEPH, Warden,

    Respondent.
_____/

**O R D E R**

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge. ECF No. 4. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). No objections have been timely filed. I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation, ECF No. 4, is adopted and incorporated by reference in this Order.

2. The § 2241 petition for writ of habeas corpus, ECF No. 1, is **DISMISSED**.

**DONE AND ORDERED** this 9th day of September 2021.

                                            *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS**
                                            **UNITED STATES DISTRICT JUDGE**